AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br><br>CHRISTOPHER JAMISON, /K/A "LITTLE CHRIS"<br>*Defendant* | )<br>)<br>)  Case No.  10 mj 99 - LTS<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  1/29/2009  in the county of  Suffolk  in the _____ District of  Massachusetts , the defendant violated  18  U. S. C. §922(G)(1) , an offense described as follows:

being a person previously convicted of a crime carrying a term of imprisonment in excess of one year, knowingly or intentionally possessing a firearm and ammunition, to-wit: a .380 caliber Cobra Model CA380 semi-automatic handgun having an obliterated serial number and containing one round of .380 caliber ammunition.

This criminal complaint is based on these facts:
   See attached affidavit of ATF S/A LISA RUDNICKI

Continued on the attached sheet.

*Complainant's signature*

RUDNICKI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Oct. 28, 2010

*Judge's signature*

City and state:  Boston, Massachusetts          LEO T. SOROKIN, U.S. MAGISTRATE JUDGE
*Printed name and title*