# EXHIBIT  1

| NAME OF APPLICANT | **Criminal** | **DIVISION** |
|---|---|---|
| Sergeant Detective LaTeisha Adams | | |

| POSITION OF APPLICANT | SEARCH WARRANT DOCKET NUMBER |
|---|---|
| Sergeant Detective    Boston Police Department - Homicide Unit | |

TO THE SHERRIFS OF OUR SEVERAL COUNTIES OR THEIR DEPUTIES, ANY STATE POLICE OFFICER, OR ANY CONSTABLE OR POLICE OFFICER OF ANY CITY OR TOWN, WITHIN OUR COMMONWEALTH:

Proof by affidavit, which is hereby incorporated by reference, has been made this day and I find that there is **PROBABLE CAUSE** to believe that the property described below

☐ has been stolen, embezzled, or obtained by false pretenses
☒ is intended for use or has been used as a means of committing a crime.
☒ has been concealed to prevent a crime from being discovered.
☒ is unlawfully possessed or concealed for an unlawful purpose.
☒ is evidence of a crime or is evidence of criminal activity.
☐ other (specify)

YOU ARE THEREFORE COMMANDED within a reasonable time and in no event later than seven days from the issuance of this search warrant to search for the following property:

A handgun, to include a black possibly semi-automatic handgun, ammunition, a black or dark brown leather jacket possibly with black and red graphics and the letter "A" on the back, possibly "Averix" brand, a black winter hat with a white stripe and dark jeans. I further request to seize any documents or personal papers or items indicating occupancy, access, control, or presence in the apartment. I request to take photographic representations of items seized during the search.

☒ at :

> *44 Regent Street, apartment number 7, Roxbury, Massachusetts. The building at 44 Regent Street is a multi-family four story red brick structure with a green entry door. The number '44' is located on the right side of the door. A set of mailboxes are located on the left side as you enter the hallway. The name Jamison appears on mailbox number seven (7). Apartment number seven (7) is located on the fourth level of the building. The apartment door is a green metal door with the number seven (7) in white located on the wall to the right of the door. Additionally, all common areas; including hallways, closets or any common storage areas, including any specific storage area designated for apartment 7.*

which is occupied by and/or in the possession of:   The Boston Police Department, and has been since January, 27, 2009.

☐ on the person or in the possession of :

You ☐ are ☒ are not  also authorized to conduct the search at any time during the night.

You ☐ are ☒ are not  also authorized to enter the premises without announcement.

You ☐ are ☒ are not  also commanded to search any person present who may be found to have such property in his or her possession or under his or her control or to whom such property may have been delivered.

YOU ARE FURTHER COMMANDED if you find such property or any part thereof, to bring it, and when appropriate, the persons in whose possession it is found before the Criminal Division of the Roxbury Court Department.

| DATE ISSUED | SIGNATURE OF JUSTICE, CLERK MAGISTRATE OR ASSISTANT CLERK |
|---|---|
| 1-29-09 | x _(signature)_ |

*A search warrant must be executed as soon as reasonably possible after its issuance, and in any case may not be validly executed more than 7 days after its issuance. The executing officer must file his or her return with the court named in the warrant within 7 days after the warrant is issued. G.L.c. 276, §3A.*

This search warrant was issued on <u>January 29</u>, 2009, and I have executed it as follows:

The following is an inventory of the property taken pursuant to this search warrant:

1. <u>Brown sleeveless vest from the bedroom closet door in the rear bedroom on the right side of the hallway.</u>
2. <u>Dark Maroon Leather jacket from a chair in the rear bedroom on the right side of the hallway.</u>
3. <u>Black do-rag from on top of a dresser in the rear bedroom on the right side of the hallway.</u>
4. <u>Black knit hat from on top of a dresser in the rear bedroom on the right side of the hallway.</u>
5. <u>Plastic baggy of a white rock like substance believed to be crack cocaine from the top drawer of a dresser in the rear bedroom.</u>
6. <u>Personal papers from the closet and top dresser drawer in the rear bedroom.</u>
7. <u>Plastic baggy with 10 yellow unmarked pills from the top middle drawer of a dresser in a front bedroom.</u>
8. <u>Silver colored Cobra .380 caliber firearm with 1 empty magazine and 1 live round of amunition in the chamber from the top drawer of a dresser in the rear bedroom.</u>
9. <u>Black colored Heckler & Koch .45 caliber firearm with an empty magazine from the top drawer of a dresser in the rear bedroom.</u>
10.

This inventory was made in the presence of: <u>Sergeant Detective James Wyse</u>

I swear that this inventory is a true and detailed account of all the property taken by me
on this search warrant

| SIGNATURE OF PERSON MAKING SEARCH | DATE AND TIME OF SEARCH | SWORN AND SUBSCRIBED TO BEFORE |
|---|---|---|
| X_____ | January 29, 2009, 16:10 | X_____ |
| PRINTED NAME OF PERSON MAKING SEARCH | TITLE OF PERSON MAKING SEARCH | DATE SWORN AND SUBSCRIBED TO |
| LaTeisha Adams | Sergeant Detective | |