UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \*

United States of America        \*

                                   \*   1:11-cr-10002-NG-1

           v.                \*

Christopher Jamison            \*

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO SUPPRESS EVIDENCE SEIZED FROM 44 REGENT STREET

Now comes the Defendant ion the above-entitled matter and, pursuant to Rule 13 of the Rules of Criminal Procedure, moves that any and all statements and physical evidence seized from the premises located at 44 Regent Street in Roxbury during the execution of a search warrant by members of the Boston Police Department on January 29, 2009 be suppressed. As reason therefor, the Defendant states that the evidence was obtained in violation of the Fourth Amendment to the United States Constitution.

In further support of the is motion, the Defendant has submitted herewith a memorandum of law.

## REQUEST FOR ORAL ARGUMENT/ EVIDENTIARY HEARING

The defendant in the above-entitled matter respectfully submits that oral argument will benefit the Court.  In addition, the defendant submits that an evidentiary hearing may be necessary to resolve the issues raised.

              Respectfully submitted,

              By her attorney,


              Frances L. Robinson
              Davis Robinson & Molloy, LLP
              One Faneuil Hall Market, 3rd Floor
              South Market Building
              Boston, Massachusetts 02109
              BBO#422910
              (617)723-7339


CERTIFICATE OF FILING

 I, Frances L. Robinson, attorney for the Defendant, Christopher Jamison, hereby certify that I have this 4th day of April 2011 electronically filed the within document and caused service of the same upon c
  /s/_____
                   Frances L. Robinson sel of record.