**Exhibit B**

# Boston Police

DISTRICT/UNIT Area B, District 2

To:      CAPTAIN PAUL RUSSELL, COMMANDER
          AREA B2

From:    Detective Donald Lee 10070

Subject:   Shooting @ 319 Centre Street District 13

Sir:
          I respectfully submit, on Tuesday 01-27-2009, channel 3 dispatcher advised units assigned channel 3 that a shooting had occurred on 319 Centre Street on District 13, a small white two door Pontiac was seen leaving the area.

     I responded to the area of Homestead Street and observed a White Pontiac Grand Prix two door in the rear parking lot of 63-65 Homestead Street, the car was stopped in the middle of the driveway, I pulled behind the car, the operator pulled the car into the a parking spot on the right side as you enter from Homestead Street,. I contacted the dispatcher and advised that I was with a car matching the description of the car seen leaving the scene of the shooting on District 13, I informed that I was in the H block area what I believ be Holworthy Street, I was actually on Homestead Street in the rear of 63-65 Homestead Street.

     I observed the car to be occupied by at least four occupants, as I approached the car the operator of the ca opened the drivers door at that time I ordered him to stay in the car, turn off the engine and lower the drive window, I further advised the other occupants to stay in the car and keep their hands where I can see them, the operator failed to lower the window at that time I used my radio to strike the window to get the operato attention and to lower the window and turn off the car, he then complied with my request.

     I advised the responding units that the car was occupied by four occupants, at that time the occupants wer removed from the vehicle, the first person out of the car was the operator Chris Jameson, Second Nicholas Joseph, third Shaba Olukoga last was Benzy Bain all four were frisked for Officers safety and separated at the direction of Sergeant Detective Mike Stratton and Thomas O'Leary. I moved Nicholas Joseph from th area of the car and walked him to the sidewalk on the left side of the Driveway, I remained with Nicholas Joseph until I left to talk to Sergeant Detective O'Leary, he advised me that the four occupants will be placed in Department cars and transported from the scene to the Boston Police Homicide Unit. Sergeant Detective Mike Stratton advised Nicholas Joseph of the situation and he told him that he would be transported to Headquarters. I along with Sergeant Detective Mike Stratton transported Nicholas to the Headquarters, during the ride to Headquarters Sergeant Detective Mike Stratton was seated in the rear of t car with Nicholas Joseph, Nicholas started to ask Sgt. Det. Stratton questions in regards to what was happening, Sgt. Det. Stratton advised Nicholas of his Miranda Warnings, Nicholas stated that he under them, Sergeant Detective Mike Stratton informed Nicholas of the nature of the crime that was committed

Rev.8-74  (rev 2.0-A)

# Boston Police

DISTRICT/UNIT Area B, District 2

I was requested to stay at Boston Police Headquarters to assist with the security of the four individuals tha[t] were transported to the Homicide Unit, I was asked to stay with Benzy Bain ███████████, and I asked Mr. Bain to accompany me from the Office to the waiting area in the front of the Homicide Unit, I stayed with Mr. Bain until I was relieved.

Sergeant Detective Mike Stratton informed me that we were responding to Humboldt Avenue in the area o[f] the Cass building to search for a possible firearm that could have possibly been used in the shooting that occurred on Centre Street. Upon arrival Sgt. Det. Stratton and I were met by Sgt. Det. Joe Sullivan who wa[s] searching the area while waiting the arrival of a K/9 unit with the capabilities of locating Gun powder. I searched the rear of the Cass building located on Humboldt Avenue to no avail. Sgt. Det. Stratton and I the[n] proceeded to the rear of 63-65 Homestead Street and secured that area pending the arrival of the K/9 Unit, while at the scene we searched the area to no avail, we went to the home of Shaba Olukoga and spoke to hi[s] Mother in regards to her son that was at Boston Police Headquarters, we informed them of the contact number of the Homicide Unit so they could check on the status of her son.

Sergeant Detective Mike Stratton was informed that a marked unit was on scene in the rear of 63-65 Homestead Street and would maintain the area until the arrival of the K/9 Unit for the search of the area. I was informed by Sgt. Det. Stratton that we were to meet Sgt. Det. Joe Sullivan at 44 Regent Street, Roxbury; this is a residence where Chris Jamison has lived in the past. Sergeant Detective Joe Sullivan met us at 44 Regent Street and we proceeded to Apt. #7, Sgt. Det. contacted Cathy Jamison via phone and asked her to open the door and speak with us, she complied with the request, Sgt. Det. Sullivan and Stratton explained to her the purpose of our visit, she was informed that her residence was being frozen at the reque[st] of the Homicide Unit pending the issuance of a Search Warrant, she was informed that she wouldn't be allowed to stay in the Apartment while it's in the custody of the Boston Police Department, she was allowe[d] to take the necessary items she would need. Sergeant Detective Joe Sullivan asked of Mrs. Jamison if anyone else was home at this time, she replied that her daughter had been earlier but had left, at this time Sergeant Detective's Sullivan and Stratton conducted a protective sweep of the apartment for the safety of the Officer's.

Rev 8-74  (rev 2.0-A)

BPD Form 26

# Boston Police

Page 3 of 3
Date 01/27/2009
CC 090048902

DISTRICT/UNIT Area B, District 2

I accompanied Mrs. Jamison while she retrieved the necessary items from her room and Bathroom, during this time a friend of hers arrived and would drive her to her Mother's home at ▊▊▊▊▊▊▊▊▊▊▊▊▊. Mrs. Jamison provided me with her cell-phone number so we could contact her when the warrant was executed ▊▊▊▊▊▊▊. Mrs. Jamison repeatedly apologized for having Alcohol on her breath, she stated that she was extremely worried about her son's safety and she was nervous that's why she had a drink. Mrs. Jamison was visibly shaken and emotionally upset about her sons problems and the fact of having to leave her home for the night possibly.

Respectfully Submitted,

*[signature]*

Detective Donald Lee 10070

Rev 8-74  (rev 2.0-A)