## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 11-10002-NG |
| v. | ) |
| | ) VIOLATIONS: |
| | ) |
| CHRISTOPHER JAMISON | ) 21 U.S.C. § 841(a)(1) -- |
| | ) Possession of Cocaine with |
| | ) Intent to Distribute |
| | ) |

### SUPERSEDING INFORMATION

**COUNT ONE:**      **(21 U.S.C. § 841(a)(1) -- Possession of Cocaine With Intent to Distribute)**

The United States Attorney  charges that:

On or about January 27, 2009, at Boston in the District of Massachusetts,

**CHRISTOPHER JAMISON,**

the defendant herein, did knowingly and intentionally possess cocaine, a Schedule II controlled substance, with intent to distribute.

All in violation of Title 21, United States Code, Sections 841(a)(1).

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:

/s/ John A. Wortmann, Jr.
JOHN A. WORTMANN, JR.
Assistant U.S. Attorney

## **CERTIFICATE OF SERVICE**

The government hereby certifies that the foregoing was this day filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants.

/S John A. Wortmann, Jr.  6/28/11
JOHN A. WORTMANN, JR.
Assistant U.S. Attorney