# UNITED STATES v. CHRISTOPHER JAMISON
# CRIMINAL NO. 11-10002-FDS

# GEOGRAPHIC RESTRICTION INCORPORATED INTO JUDGMENT OF CONVICTION



While on Supervised Release, Christopher Jamison is prohibited from entering the area indicated on the above map which is the area bounded by Columbia Road, Massachusetts Avenue, Melena Cass Blvd, Columbus Avenue,, and Seaver Street without the prior express permission of the Probation Office.

Nothing in this restriction shall prohibit the defendant from traveling on the listed streets or from traveling on the Orange Line or any bus routes approved by Probation.

# ASSOCIATIONAL RESTRICTION

While on Supervised Release, Christopher Jamison is prohibited from contacting or being in the company of the following individuals:

Benzy Bain
Kevin Barton
Decourcy Bell
Michael Bell
Justin Bly
Reggen Bogger
DaShawn Cain
Dominique Carpenter-Grady
James Cassinette
Breilly Carrasquillo
Antwan Carter
Kwimaine Davis
Michael Gaines
Damien Galloway
Antoine Goforth
Damien Goforth
Dominique Grady
Donnell Grady
Kiwan Hardy
Timothy Hearns
Robert Heckstall
Marquis Hunter
Eric Jackson
Saddiq Johnson
Nicholas Joseph
James McGhee
Tony Mosley
Richard Nichols
Reggie Norfleet
Shaba Olukoga
Jerry Orelien
Curtis Porter
Joshua Porter
Dilonjan Robertson
Michael Stallings
Ramon Silvelo-Miles
Keon Simmons
Dominique Wadsworth
James Williams
Dennis Wilson