

The Boston Globe **LOCAL NEWS UPDATES** UPDATED Saturday, 2:15 PM
From the Metro staff at The Boston Globe

## Prosecutor: Shooting victim, 18, mistaken for gang rival

April 29, 2009 07:55 PM        Email | Comments (1) | Text size – +

**By Brian R. Ballou, Globe Staff**

The gang war was intensifying, and police and community activists were meeting in attempts to quash the violence. It was summer 2006, and 18-year-old Herman Taylor III, who attended Belmont High School as part of the Metco program, was walking home from a friend's house in Roxbury.



Herman Taylor III

Taylor was gunned down about 500 feet from his front door, an innocent victim in a case of mistaken identity, prosecutors say. His death sent waves of grief through two communities -- the Humboldt Avenue section of Roxbury and at Belmont High School, where Taylor was a popular student who excelled academically and as a basketball player.

"Here's why Herman Taylor was killed: He was killed because he happened to be on Humboldt Avenue," said Assistant District Attorney Masai King in opening statements today in the Suffolk Superior Court trial of Lamory Gray. Gray is charged with first-degree murder for allegedly gunning down Taylor. Prosecutors say Gray, whose nickname is "Laws," mistakenly thought Taylor was a gang rival.

"'Laws' was a Heath Street soldier," King said. "On July 2006, he went on a mission up Humboldt Avenue to shoot someone from H-Block."

Gray, wearing a blue dress shirt, glasses, and with his hair in cornrows, sat next to his attorney, James Budreau, as King talked, and at one moment glanced over his shoulder toward relatives seated in the courtroom and shook his head from side to side. Gray is also charged with unlawful possession of a firearm and unlawfully carrying a loaded handgun. He has been held without bail since October 2007, after a 17-month grand jury investigation, according to prosecutors.

The defendant's lawyer said prosecutors cannot prove a motive for the crime, and for that reason are introducing a gang angle. "The word 'gang' is the Commonwealth's evidence here," Budreau said.

At the time of the homicide, there had been over 50 cases of shootings between gangs from the Bromley-Heath area and Humboldt Avenue, King said.

Much of the day's proceedings centered on the testimony of a 19-year-old witness, Shumane Garvin. With the jury excused from the courtroom, Garvin said repeatedly that she could not recollect much of what she told the grand jury, forcing King time and time again to present her with transcripts in attempts to refresh her memory.

King said Garvin's testimony sharply differed with what she had told a grand jury in 2007, telling Judge Frank Gaziano that earlier she had described "seeing the shooter fire a firearm several times in the direction of the victim, Herman Taylor."

Garvin testified yesterday that her brother and the 23-year-old defendant were friends. "There's an inference that she doesn't want to be involved in the case and doesn't want to do anything to hurt her brother or her brother's friend," King said.

Budreau said the prosecution's attempt to identify his client through Garvin as the shooter is deeply flawed, that Garvin has never given a positive identification.

Marisa Luse, the victim's oldest sister, was the first person to be called to the witness stand. King gave her a photograph of Taylor. She said it was the last picture taken of her slain brother. The picture was taken during a birthday party for their sister in June 2006, just several days before his death.

On Thursday, the jury is expected to visit the site where Taylor was shot and killed.

Comment | Permalink | Email | ShareThis