

Case 1:11-cr-10002-FDS   Document 38-6   Filed 10/10/11   Page 1 of 2

