IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    vs.<br><br>Christopher Jamison,<br><br>    Defendant. | **1:11-cr-**111cr10002 |

### DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

1. The defendant was originally sentenced to 120 months and five years of supervised release.

2. The defendant has been on supervised release in Connecticut since November 29, 2017.

3. His probation officer is Keith Berry who is assigned to US District Court in New Haven.

4. Officer Berry reports that the defendant has been compliant during his supervised release to date and does not object to the early termination sought here.

5. The defendant lives in Bridgeport and is gainfully employed as a maintenance worker for County Management in Trumbull CT and has maintained employment since his release.

Respectfully Submitted,

*/s/ John A. Amabile*
John Amabile
380 Pleasant Street
Brockton, MA  02301
BBO # 016940
(T) 508.559.6966
(F) 508.559.7954
jamabile@abpclaw.com

## **CERTIFICATE OF SERVICE**

I hereby declare that I have today filed this document in the above case using the ECF system which shall send notification of such filing to the United States Attorney and all other parties.

>   */s/ John A. Amabile*
>   John Amabile
>   380 Pleasant Street
>   Brockton, MA  02301
>   BBO # 016940
>   (T) 508.559.6966
>   (F) 508.559.7954
>   jamabile@abpclaw.com

Dated:  June 8, 2020