# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No.  11-cr-10002-FDS |
| | ) | |
| CHRISTOPHER JAMISON, | ) | |
| | ) | |
| Defendant | ) | |

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

Now comes the government which states that it assents to the defendant Christopher Jamison's motion for early termination of his term of supervised release.  As grounds, the government states that it has spoken with defendant's probation officer Keith Barry from the District of Connecticut, and Mr. Barry informed the government that since beginning his term of supervised release in November of 2017, the defendant has complied with all conditions.  Mr. Barry further stated, the defendant has been gainfully employed since his release, has a stable living condition, has not tested positive for any narcotics, and has not had any interaction with law enforcement.  Mr. Barry believes there is little that continued supervision of the defendant would do for him, and supports his early termination.  The government concurs.

                    Respectfully submitted,

                    ANDREW E. LELLING
                    United States Attorney

Dated: June 17, 2020        BY:   */s/ Nicholas Soivilien*
                                              Nicholas Soivilien
                                              Assistant United States Attorney
                                              617-748-3279
                                              nicholas.soivilien@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Nicholas Soivilien*
Assistant United States Attorney